IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRONIC DISEASE FUND, INC.<br><br>Petitioner,<br><br>--against--<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Civil Action No. 17-cv-304-NBF |

**STIPULATION OF DISMISSAL**

Petitioner, Chronic Disease Fund d/b/a Good Days and Respondent, the United States of America jointly stipulate to the dismissal of the Petition to Quash IRS Summons Issued to Third Party Bayer HealthCare Pharmaceuticals ("Bayer"), [ECF No. 1], and Motion to Deny Petition to Quash IRS Summons Issued to Third-Party Bayer, and to Enforce [ECF No. 14], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The parties further stipulate that the summons at issue is enforced with respect to the documents Bayer has already produced, and will not be further enforced. Each party shall bear its own fees and costs.

Accordingly, the Court may now administratively close this case.

Dated: July 31, 2019            VENABLE LLP

/s/ Patrick J. Boyle
*Patrick J. Boyle (NY 2871903)
*Jessie Beeber
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020

Telephone: (212) 808-5678
Facsimile: (212) 307-5598
Email: pboyle@venable.com
         jbeeber@venable.com

Randy Miller (Pa. I.D. No. 79236)
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
Email: rkmiller@venable.com
*Attorneys for Petitioner*
*Chronic Disease Fund, Inc*
\*admitted *pro hac vice*

SCOTT W. BRADY
United States Attorney

RICHARD ZUCKERMAN
Principal Deputy Assistant Attorney General, Tax Division

By:    /s/ Kari M. Larson
KARI M. LARSON
Senior Litigation Counsel
KAVITHA BONDADA
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3822
           (202) 307-6536
Facsimile: (202) 514-6866
Email: kari.m.larson@usdoj.gov
         kavitha.bondada@usdoj.gov
*Counsel for Respondent United States of America*

2